# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payson, Marian W. | U.S.D.C., W.D.N.Y. | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Fulltime | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

2310 U.S. Courthouse
100 State Street
Rochester, New York 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Growth and Income Fund - Mutual Fund | E | Dividend | O | T | | | | | |
| 2. Vanguard Federal Money Market Fund | A | Interest | K | T | | | | | |
| 3. Blackrock Core Bond Fund - Mutual Fund | B | Dividend | L | T | | | | | |
| 4. Blackrock LO Duration BD Inv. A - Mutual Fund | B | Dividend | L | T | | | | | |
| 5. Templeton Foreign Fund A - Mutual Fund | B | Dividend | L | T | | | | | |
| 6. Morgan Stanley Money Market Funds | A | Int./Div. | M | T | | | | | |
| 7. Summit Federal Credit Union #1 | D | Interest | N | T | | | | | |
| 8. Summit Federal Credit Union #2 | A | Interest | J | T | | | | | |
| 9. Vanguard Bond Mkt Index Inv - Mutual Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Wellington Fund Inv - Mutual Fund | B | Dividend | K | T | | | | | |
| 11. Vanguard Small Cap Value Index - Mutual Fund | A | Dividend | K | T | | | | | |
| 12. Vanguard Total Stock Mkt Index Inv - Mutual Fund #2 | A | Dividend | L | T | | | | | |
| 13. NY College Savings Program Conservative Portfolio | | None | J | T | Distributed (part) | 01/14/19 | J | D | |
| 14. | | | | | Distributed (part) | 07/15/19 | J | D | |
| 15. NY College Sav. Program Income Portfolio | | None | K | T | Distributed (part) | 01/14/19 | J | D | |
| 16. | | | | | Distributed (part) | 07/15/19 | J | D | |
| 17. American Growth Fund of America, A | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Wells Fargo High Yld Bd Fund | A | Dividend | K | T | | | | | |
| 19. American Cent Growth Adv. | B | Dividend | K | T | | | | | |
| 20. Blackrock Equity Dividend A Mutual Fund | E | Dividend | M | T | | | | | |
| 21. Nuveen Int Dur Muni Bond A Mutual Fund | C | Dividend | M | T | | | | | |
| 22. Janus Henderson Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 23. Nuveen Ltd Term Muni Bond Mutual Fund | C | Dividend | M | T | | | | | |
| 24. Nuveen NWQ Int'l Value Mutual Fund | C | Dividend | M | T | | | | | |
| 25. Vanguard Prime Money Mkt Fund | B | Interest | M | T | | | | | |
| 26. Lazard Emerging Mkts Mutual Fund | A | Dividend | K | T | | | | | |
| 27. DWS Real Estate Sec Fund | B | Dividend | K | T | | | | | |
| 28. Columbia Large Cap Growth Fund A | A | Dividend | J | T | Sold<br>(part) | 08/19/19 | J | A | |
| 29. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 30. NY St Dorm Auth Bond Revs Non St Supported Debt Rev. A | B | Interest | K | T | | | | | |
| 31. Metropolitan Trans Auth NY Rev Ref D | B | Interest | K | T | | | | | |
| 32. Metropolitan Trans Auth NY Rev. E | B | Interest | K | T | | | | | |
| 33. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 34. PPL Corporation | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Public Service Enterprise GP | A | Dividend | J | T | | | | | |
| 36. | iShares Core U.S. Aggregate | A | Dividend | J | T | | | | | |
| 37. | iShares S&P Midcap 400 Index | A | Dividend | K | T | | | | | |
| 38. | E V Floating Rate I | A | Dividend | K | T | | | | | |
| 39. | Federated Strat Val Div Inst | C | Dividend | K | T | | | | | |
| 40. | Goldman Sachs US Eq Dv Prem I | B | Dividend | K | T | | | | | |
| 41. | Harbor International Inst | A | Dividend | J | T | | | | | |
| 42. | Nev. College Sav. Trust Fund - Vanguard Aggressive Age Portfolio | | None | J | T | Distributed (part) | 07/11/19 | J | B | |
| 43. | JP Morgan US LG CP PLS SEL | B | Dividend | J | T | | | | | |
| 44. | Pimco Total Return Inst | A | Dividend | K | T | | | | | |
| 45. | T Rowe Price Short Term Bd Fd | A | Dividend | J | T | | | | | |
| 46. | Templeton Global Bd Fd Adv | A | Dividend | J | T | | | | | |
| 47. | Touchstone Sands Cap Sel Gr Y | C | Dividend | K | T | | | | | |
| 48. | NYC Muni Wtr Fin Auth Rev - FF Bond | B | Interest | L | T | | | | | |
| 49. | Madison Cnty NY Cap Resource Bond | A | Interest | K | T | | | | | |
| 50. | Madison Cnty NY Cap Resource Bond | A | Interest | J | T | | | | | |
| 51. | NYC Muni Wtr Fin Auth Rev HH Bond | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payson, Marian W.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Special Mid Cap Value Fund | C | Dividend | L | T | | | | | |
| 53. T Rowe Price Real Estate Fund | A | Dividend | J | T | | | | | |
| 54. Invesco Prem. U.S. Gov't Mny Portfolio | B | Interest | L | T | | | | | |
| 55. NYS Deferred Comp. Bd Equity Index U/A (NYS Deferred Comp) | A | Dividend | M | T | | | | | |
| 56. Stable Income Fund (NYS Deferred Comp) | A | Dividend | K | T | | | | | |
| 57. Vanguard Wellington Adm. (NYS Deferred Comp) | A | Dividend | J | T | | | | | |
| 58. Federated Cap Preserv. R6 Fund - held by profit sharing plan | B | Dividend | L | T | Distributed (part) | 07/29/19 | J | | |
| 59. Vanguard Equity Income Admiral - held by profit sharing plan | E | Dividend | N | T | Distributed (part) | 07/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payson, Marian W.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(a) The gain reflected as "D" in Section VII, lines 13 through 16 represents the aggregate amount for all four partial distributions of the portfolios. The NY College Savings Program Form 1099-Q reflects only the aggregate gain/earnings for the four 2019 distributions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian W. Payson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544